IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02359-MSK-KLM

ANGELICE TRUJILLO, personally and as personal representative of the Estates of ANNA MARIE MACIAS and MARIA ANNA MARIE MACIAS; and
ISIAH MACIAS and
ANGELICA MACIAS, by and through their material grandmother and Next Friend, ANGELICE TRUJILLO ,

    Plaintiff,

v.

MESA COUNTY SHERIFF'S DEPARTMENT,

    Defendant(s).
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Plaintiff's **Motion to Amend Complaint** [Docket No. 14; Filed November 10, 2009] (the "Motion").  Counsel states in the Motion that he did not confer or make any good-faith efforts to confer with opposing counsel before filing the Motion, as required by D.C.Colo.L.Civ.R. 7.1(A).  The Court therefore will not consider the Motion.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

Dated:  November 12, 2009