IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02359-MSK-KLM

ANGELICE TRUJILLO, personally and as personal representative of the Estates of ANNA MARIE MACIAS and MARIA ANNA MARIE MACIAS; and
ISIAH MACIAS and
ANGELICA MACIAS, by and through their material grandmother and Next Friend, ANGELICE TRUJILLO ,

    Plaintiff,

v.

MESA COUNTY SHERIFF'S DEPARTMENT,

    Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Complaint** [Docket No. 19; Filed January 8, 2010] ("Motion No. 19") and Plaintiff's **Motion to Continue Scheduling/Planning Conference** [Docket No. 21; Filed January 8, 2010] ("Motion No. 21").

    IT IS **HEREBY ORDERED** that Motion No. 19 is **GRANTED**.  In Motion No. 19, Plaintiff requests to amend the Complaint and states that Defendant consents to the amendment.  Plaintiff has already filed the Amended Complaint in the record [Docket No. 20].

    IT IS **FURTHER ORDERED** that Motion No. 21 is **GRANTED**.  In Motion No. 21, Plaintiff requests to continue the Scheduling Conference currently set for January 12, 2010 at 10:30 a.m.  Plaintiff indicates that Defendant does not oppose this request.  Although Plaintiff's request was not made within five business days in advance of the Scheduling Conference, as directed by the Court's Order Setting Scheduling/Planning Conference [Docket No. 8], the Court nevertheless grants Motion No. 21 because the Amended Complaint names new Defendants who have not been served.

    IT IS **FURTHER ORDERED** that the Scheduling Conference set for January 12, 2010 at 10:30 a.m. is **VACATED** and **RESET** for **February 9, 2010 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **February 2, 2010**.

Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **February 2, 2010**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

**Anyone seeking entry to the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry to the courthouse.**

Dated:  January 11, 2010