IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02359-MSK-KLM

ANGELICE TRUJILLO, personally and as personal representative of the Estates of ANNA MARIE MACIAS and MARIA ANNA MARIE MACIAS; and
ISIAH MACIAS and
ANGELICA MACIAS, by and through their material grandmother and Next Friend, ANGELICE TRUJILLO ,

    Plaintiff,

v.

STANLEY HILKEY, in his official capacity as Sheriff of Mesa County Colorado,
JOHN DOE/JANE DOE OFFICERS I, II AND III, and
JOHN DOE/JANE DOE SUPERVISING/TRAINING OFFICERS I, II AND III,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff Angelice Trujillo's **Motion to Amend Complaint** [Docket No. 44; Filed March 27, 2010] (the "Motion"). Defendant Hilkey filed a Response in opposition to the Motion on April 16, 2010 [Docket No. 47]. Despite that Defendant Hilkey raises several compelling arguments against amendment, Plaintiff did not file a reply. A review of the Motion reveals that it fails to comply with one of the fundamental requirements of motion practice set forth in D.C.COLO.LCivR 7.1C. in that it is not "supported by a recitation of legal authority incorporated into the motion." The Court is not obliged to discern and analyze Plaintiff's legal arguments for amendment on her behalf. Accordingly,

    IT IS **HEREBY ORDERED** that the Motion is **DENIED without prejudice**. To the extent that Plaintiff seeks permission to amend her Amended Complaint, she shall file a motion which complies with Local Rule 7.1C. and provides legal support for amendment pursuant to Fed. R. Civ. P. 15(a). In addition, given that the deadline for pleading amendment had expired at the time of the present Motion's filing and remains expired to date, any future motion to amend shall include a statement of good cause to extend the pleading amendment deadline pursuant to Fed. R. Civ. P. 16(b)(4).

Dated: May 5, 2010