IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02359-MSK-KLM

ANGELICE TRUJILLO, personally and as personal representative of the Estates of ANNA MARIE MACIAS and MARIA ANNA MARIE MACIAS; and
ISIAH MACIAS and
ANGELICA MACIAS, by and through their material grandmother and Next Friend, ANGELICE TRUJILLO ,

    Plaintiff,

v.

STANLEY HILKEY, in his official capacity as Sheriff of Mesa County Colorado,
JOHN DOE/JANE DOE OFFICERS I, II AND III, and
JOHN DOE/JANE DOE SUPERVISING/TRAINING OFFICERS I, II AND III,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff Angelice Trujillo's **Unopposed [sic] Motion to Vacate Settlement Conference** [Docket No. 50; Filed September 21, 2010] (the "Motion").

    IT IS **HEREBY ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for October 4, 2010 at 1:30 p.m. is **vacated** and, if appropriate, will be reset upon joint motion of the parties.

Dated: September 22, 2010