IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02359-MSK-KLM

ANGELICE TRUJILLO, personally and as personal representative of the Estates of ANNA MARIE MACIAS and MARIA ANNA MARIE MACIAS; and
ISIAH MACIAS and
ANGELICA MACIAS, by and through their material grandmother and Next Friend, ANGELICE TRUJILLO ,

    Plaintiff,

v.

MESA COUNTY SHERIFF'S DEPARTMENT,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Compel Rule 30(b)(6) Testimony** [Docket No. 75; Filed November 3, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  Plaintiffs failed to comply with the Court's procedures for resolving disputed discovery matters set forth in the Scheduling Order [Docket No. 33 at 11] and the Order Setting Scheduling/Planning Conference [Docket No. 8 at 2].  These pleadings clearly convey that "[n]o opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR. 7.1(A).  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue.  Both of these steps must be completed before any contested discovery motions are filed with the Court."  *See, e.g.*, *Order* [#8] at 2.  To the extent that the parties are unable to resolve the matter, Plaintiffs' counsel shall arrange a conference call with defense counsel and contact the Court on a single line at **(303) 335-2770**.

Dated:  November 4, 2010