## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 09-cv-02359-MSK-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: November 5, 2010** | Courtroom Deputy, Monique Wiles |

ANGELICE TRUJILLO, et al                                    Raymond Bryant

    **Plaintiff(s),**

v.

STANLEY HILKEY, in his official capacity as                 Alan N. Hassler
   Sheriff of Mesa County, Colorado, John Doe/Jane Doe
   Officers I, II, and III, and John Doe/Jane Doe
   Supervising/Training Officers I, II, and III.

    **Defendant(s).**

### COURTROOM    MINUTES  /  MINUTE   ORDER

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in Session: 1:39 p.m.**

Court calls case.    Appearances of counsel.

This matter is before the court regarding Plaintiff's oral Motion to Compel Rule 30(b)(6) Deposition Testimony. Plaintiff's Motion for Voluntary Dismissal and Remand [Doc. No. 52, filed 9/21/2010] was referred to the Court by the District Judge yesterday.

The Court will recommend as follows, and will issue a written order to this effect as soon as possible:

**It is ORDERED:**     Plaintiff's Motion for Voluntary Dismissal and Remand [Doc. No. 52, filed 9/21/2010] should be **GRANTED in part and DENIED IN PART.**

                               The motion is **DENIED** as to Plaintiff's request that the Court not award fees to the Defendants.  Defendants should be

>awarded their reasonable costs and attorneys' fees incurred in defending against the federal claims only. Affidavits regarding such fees and expenses should be submitted within ten days after entry of the Court's Recommendation.
>
>The motion is **GRANTED** as to Plaintiff's request that the case be remanded to state court. The case will be remanded after an award of fees and expenses.

**It is ORDERED:**   Plaintiff's oral Motion to Compel Rule 30(b)(6) Deposition Testimony and Motion for Leave to Correct the Complaint Party Names and Caption [Doc. No. 74, filed 11/3/2010] are **DENIED AS MOOT.**

**It is ORDERED:**   No further discovery shall be permitted in this court, including depositions of third parties.

>Any issues regarding state law claims are more properly addressed by the state court upon remand.

HEARING CONCLUDED.

**Hearing in Recess: 1:42 p.m.**
Total In-Court Time: 00:03

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.